No. D–725. In re Disbarment of Paul. It is ordered that Jerome Paul, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–726. In re Disbarment of Chowaniec. It is ordered that Chester L. Chowaniec, of Oak Lawn, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–727. In re Disbarment of Blumthal. It is ordered that William J. Blumthal, of Libertyville, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–728. In re Disbarment of Lorenz. It is ordered that Gary Richard Lorenz, of Louisville, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–729. In re Disbarment of Bongiorno. It is ordered that Peter T. Bongiorno, of Paterson, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–730. In re Disbarment of Swofford. It is ordered that Herbert Reginald Swofford, of Orlando, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–731. In re Disbarment of Clayton. It is ordered that William Norris Clayton, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.